**Motion Granted; Order filed July 26, 2012**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00311-CR
_____

**ROBERT VILLARREAL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 122nd District Court
Galveston County, Texas
Trial Court Cause No. 07CR2810**

### ORDER

Appellant filed a motion requesting that the record be supplemented with the original of **State's Exhibit 5, a DVD recording.**

The clerk of the 122nd District Court is directed to deliver to the Clerk of this Court the original of State's Exhibit 5, a DVD recording, on or before **August 13, 2012.** The Clerk of this Court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion

of inspection, to return the original of State's Exhibit 5, a DVD recording, to the clerk of the 122nd District Court.


PER CURIAM